April 26, 1971

No. 71–19   Gerald E. Simmons, SGT, U. S. Marine Corps Reserve v COL H. R. Smith, USMC, Commanding Officer, MATSG–90, et al.

ORDERED:

That said Petition be, and the same is hereby, dismissed as moot.

May 3, 1971

No. 71–21   Terrance N. McArthur, SP-4, U. S. Army v B. G. Long, Commanding Officer USATC, Infantry, Fort Ord, California and COL T. M. Okawachi, Hq Commandant, USATC, Fort Ord, California.

ORDERED that said Petition be, and the same is, hereby dismissed for failure to set forth a ground for the relief requested.   Article 2(1), Uniform Code of Military Justice, 10 USC § 802(1);  Autry v Hyde, 19 USCMA 433, 42 CMR 35 (1970).

March 6, 1971

No. 71–13   Gerald D. McLemore, PVT, U. S. Army v United States.

ORDERED:

That said Petitions be, and the same are hereby, denied without prejudice to raise this issue before the trial court and before any appellate courts.

(J. DARDEN would dismiss the Petitions for he believes the relief requested is not in aid of this Court's jurisdiction.)

December 15, 1970

No. 70–69   Jack H. Wilson, TSGT, U. S. Air Force v United States.

ORDERED that said Petition be, and the same is hereby, denied without prejudice to the right of petitioner to raise the issue therein presented, should the same be considered necessary or advisable, during the course of appellate review below, and in a Petition for Grant of Review to this Court.